# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**TONIA GORE,**

        **Plaintiff,**

  v.

**THE BUCCANEER, INC.**

        **Defendant.**

_____

1:20-cv-00011

**TO:**    Pamela L. Colon, Esq.
          Robert J. Kuczynski, Esq.

## ORDER

THIS MATTER is before the Court on Plaintiff's counsel's "Motion For Leave To File The Signed Affidavit" (ECF No. 14). Defendant filed a motion to compel on March 16, 2020. (ECF No. 6). On March 18, 2020, Plaintiff moved for an extension of time to respond. (ECF No. 8). The Court granted that extension on March 25, 2020, allowing Plaintiff up until April 20, 2020 to file a response. (ECF No. 9). Plaintiff neither filed a response nor a motion requesting an extension by the April 20, 2020 deadline. On April 22, 2020, the Court *sua sponte* directed Plaintiff to respond by 5:00 p.m. on April 22, 2020. (ECF No. 10). Plaintiff then filed another motion for extension, asking for a further extension until May 12, 2020 to respond to the motion to compel. (ECF No. 11 at 1).

The Court granted in part and denied in part that motion, allowing Plaintiff up until May 1, 2020 at 1:00 p.m. to file a response. (ECF No. 12 at 2). Plaintiff filed her response two hours before the 1:00 p.m. deadline and attached an unsigned affidavit to her brief. (ECF No.

*Tonia Gore v. The Buccaneer, Inc.*
1:20-cv-00011
Order
Page 2

13). In the instant motion, Plaintiff's counsel seeks leave until May 8, 2020 to have the affidavit signed and notarized by Plaintiff. (ECF No. 14 at 1-2).

WHEREFORE, it is now hereby **ORDERED:**

1. Should Defendant wish to file a response to Plaintiff's "Motion For Leave To File The Signed Affidavit" (ECF No. 14), it must do so by **5:00 p.m. on May 4, 2020**.

2. Should Defendant file a timely response and Plaintiff wishes to reply, she must do so by **5:00 p.m. on May 5, 2020**.

ENTER:

Dated: May 1, 2020      /s/ George W. Cannon, Jr.
                         GEORGE W. CANNON, JR.
                         MAGISTRATE JUDGE